# EXHIBIT "B"

**(Outstanding Invoices)**

| Requester | Date | Routing | | Flt # | Hours | Amount |
|---|---|---|---|---|---|---|
| Insel Air | 1/15/2017 Sun | MIA-PAP | MIA | 907/902 | 4.00 | 14,780.00 |
| Insel Air | 1/16/2017 Mon | MIA-PAP | MIA | 903/904 | 4.00 | 14,780.00 |
| Insel Air | 1/29/2017 Sun | MIA-CUR | MIA | 903/904 | 6.00 | 21,780.00 |
| Insel Air | 1/30/2017 Mon | MIA-CUR | MIA | 901/902 | 6.00 | 21,780.00 |
| Insel Air | 1/30/2017 Mon | MIA-CUR | MIA | 9003/904 | 5.66 | 20,795.00 |
| Insel Air | 2/1/2017 Wed | MIA-CUR | MIA | 903/904 | 9.00 | 31,500.00 |
| Insel Air | 2/1/2017 Wed | MIA-CUR | MIA | 901/904 | 6.00 | 21,000.00 |
| Insel Air | 2/2/2017 Thu | MIA-CUR | MIA | 903/904 | 6.00 | 21,000.00 |
| Insel Air | 2/3/2017 Fri | MIA-PAP | MIA | 901/904 | 7.00 | 24,500.00 |
| Insel Air | 2/5/2017 Sun | MIA-CUR | MIA | 903/904 | 6.00 | 21,000.00 |
| Insel Air | 2/6/2017 Mon | MIA-CUR | MIA | 901/902 | 6.00 | 21,000.00 |
| Insel Air | 2/7/2017 Tue | MIA-CUR | MIA | 903/904 | 6.00 | 21,000.00 |
| Insel Air | 2/8/2017 Wed | MIA-CUR | MIA | 901/904 | 6.00 | 21,000.00 |
| Insel Air | 2/9/2017 Thu | MIA-CUR | MIA | 903/904 | 6.00 | 21,000.00 |
| Insel Air | 2/10/2017 Fri | MIA-CUR | MIA | 901/904 | 6.00 | 21,000.00 |
| Insel Air | 2/11/2017 Sat | MIA-CUR | MIA | 907/908 | 9.00 | 31,500.00 |
| Insel Air | 2/13/2017 Mon | MIA-CUR | MIA | 902/901 | 6.00 | 21,985.46 |
| Insel Air | 2/14/2017 Tue | MIA-CUR | MIA | 904/903 | 6.00 | 21,985.46 |
| Insel Air | 2/15/2017 Wed | MIA-CUR | MIA | 904/901 | 6.00 | 21,985.48 |
| | | | | | Total Due $ | 415,371.40 |

| | | |
|---|---|---|
| | Payments: | |
| | 16-Jan | 29,560.00 |
| | 27-Jan | 20,590.00 |
| | 31-Jan | 63,000.00 |
| | 1-Feb | 20,000.00 |
| | 6-Feb | 50,000.00 |
| | 8-Feb | 30,000.00 |
| | Total Payments $ | 213,150.00 |
| | | |
| | NET DUE $ | 202,221.40 |